```
                                                              CLERK'S OFFICE U.S. DIST. COURT
                                                                     AT DANVILLE, VA
                                                                         FILED
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF VIRGINIA                    MAR 16 2012
                       ROANOKE DIVISION
                                                                  JULIA C. DUDLEY, CLERK
                                                                  BY:
                                                                       DEPUTY CLERK
```

| | | |
|---|---|---|
| DAVID TATUM, | ) | Civil Action No. 7:10-cv-00296 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL** ORDER |
| | ) | |
| C/O SHOEMAKER, et al., | ) | By:  Hon. Jackson L. Kiser |
|     Defendants. | ) |        Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

that plaintiff's motion to substitute is **GRANTED**; the United States of America, Zachary Lee, Craig Jacobsen, and Thomas Snapp are **JOINED** as defendants and the John Does are **TERMINATED** as defendants, pursuant to Fed. R. Civ. P. 19 and 20; plaintiff's unsigned response to the supplemental motion for summary judgment (no. 92) is **STRICKEN**; plaintiff's motion for a copy of the certified mail receipt is **DENIED as moot**; defendants' motions for summary judgment are **GRANTED**; plaintiff's cross-motion for partial summary judgment (no. 76) is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

    The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff and counsel of record for the defendants.

    ENTER: This ___16th___ day of March, 2012.

                                                  /s/ Jackson L. Kiser
                                                  Senior United States District Judge